# EXHIBIT

# A

REQUESTED BY:  FRANCO, ROCIO
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE ▇▇ |
| ICE | |
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE    1 |
| | CASE NUMBER ▇▇▇▇▇▇ |

| TITLE: DEVIL HORNS |
|---|

| CASE STATUS:    INTERIM RPT |
|---|

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 072905 | 071405 | ▇▇▇▇ | 003 |

| RELATED CASE NUMBERS: ▇▇▇▇▇▇      ▇▇▇▇▇▇ |
|---|

| COLLATERAL REQ: |
|---|

| TYPE OF REPORT: |
|---|
| INVESTIGATIVE FINDINGS |

| TOPIC: ACTIVATION OF SA-1211-SF AND INTERACTION WITH 20TH ST MS MEMBERS |
|---|

SYNOPSIS:

The ICE Street Terrorism Initiative (STI) has identified the "20th Street Mara Salvatrucha (MS-13)" gang as a criminal organization meriting federal investigation and law enforcement action.  In conjunction with the San Francisco Police Department and the California Department of Justice's Criminal Intelligence Bureau, the STI has gathered and developed intelligence on this violent Hispanic gang, including an outline of the local hierarchical structure.

Additionally, the STI has developed a confidential informant (CI) possessing extensive knowledge of MS-13 operations, and with potential to infiltrate the gang and provide detailed and accurate information concerning their criminal activities.  It is anticipated that the STI will develop information to support enforcement actions and criminal prosecutions of investigative targets.  This ROI documents activation of CI SA-1211-SF and related activity.

| DISTRIBUTION: | SIGNATURE: _____ |
|---|---|
| SACSF | MASALSKI      JOHN      SPECIAL AGENT |
| | APPROVED: _____ |
| | HARDMAN      MICHAEL      OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF | TELEPHONE: ▇▇▇▇▇▇ |
| | SAN FRANCISCO, CA | |
| | | TYPIST: MASALSKI |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    3 |
| | CASE NUMBER ███████████ |
| R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | REPORT NUMBER: 003 |

DETAILS OF INVESTIGATION

SA-1211-SF has been activated in this case after demonstrating to STI agents an impressive knowledge of MS-13 operations. On or about July 14, 2005, SA-1211-SF started having regular contact with some of the 20th Street MS members. On July 15, 2005, ICE agent M.Huelga met with SA-1211-SF at the ICE San Francisco District Office (DO) to discuss his/her current interactions with members of the 20th Street MS. SA-1211-SF provided the following information:

* On July 14, 2005, SA-1211-SF placed a call to Wilbert Castillo to inquire about what was going on. Wilbert told SA-1211-SF that the two should meet up that evening, and that SA-1211-SF should wait for him at the intersection of 20th and Mission Streets in San Francisco, at approximately 7:30 p.m.
(Agent note: Wilbert is a 20th St. MS affiliate with whom SA-1211-SF has been communicating recently.)
* SA-1211-SF encountered Wilbert at that time and location, and the two went to the soccer fields on Valencia Street. Wilbert stated to SA-1211-SF that Wilbert had recently been officially "jumped in" to the local MS clique, the 20th Street MS.
(Agent note: "jumped in" is a term used to describe an initiation rite that gangs including Sureno and MS-13 use when new members join; it typically involves members beating a new recruit for a duration of 13 seconds.)
* Wilbert recently got a tattoo across his back that reads "Monroy". In addition, he plans to have "Mara Salvatrucha" tattooed across his chest in the near future, probably next week, to further prove his loyalty to the MS-13.
* Wilbur spoke of a homicide of a Norteno gang member in San Francisco that occurred within the past few weeks. Wilbert did not provide details but stated that an MS-13 member committed the murder.
* Wilbert stated that MS members from Los Angeles are currently in San Francisco, and that members from Pasadena will be coming in the near future.
* Wilbert stated that a meeting of the 20th Street MS was held last week at an undisclosed location in the Mission District of San Francisco. Among topics discussed was one 20th Street MS member known as "Dreamer." "Dreamer" has been accused by other member(s) of being a snitch, or informant. "Dreamer" was instructed by senior gang members that in order to prove his allegiance to the gang, he was to have "MS" tattooed on his forearms before the next meeting.
* That same evening, at the soccer fields, Wilbert introduced SA-1211-SF to another 20th Street MS member known as "Vaselina." SA-1211-SF states that "Vaselina" is known as such due to his hair style, which is long and

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPEF OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REF TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    4<br><br>CASE NUMBER ████████<br><br>REPORT NUMBER: 003 |
|---|---|

greased. SA-1211-SF and Vaselina greeted each other but did not converse.
* Wilbert and SA-1211-SF spent about one and a half hour together that
evening.

Investigation is ongoing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY:  FRANCO, ROCIO
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE ▮ |
| ICE | PAGE    1 |
| R E P O R T   O F   I N V E S T I G A T I O N | CASE NUMBER ▮▮▮▮▮ |

TITLE: DEVIL HORNS

CASE STATUS:    INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 072905 | 071405 | ▮▮ | 004 |

RELATED CASE NUMBERS:  ▮▮▮▮▮▮

COLLATERAL REQ:

TYPE OF REPORT:
SOURCE DEBRIEF INFORMAT

TOPIC: SA-1211-SF SOURCE DEBRIEF AND ONGOING INTERACTION WITH 20TH ST. MS

SYNOPSIS:
The ICE Street Terrorism Initiative (STI) has identified the "20th Street Mara Salvatrucha (MS-13)" gang as a criminal organization meriting federal investigation and law enforcement action.  In conjunction with the San Francisco Police Department and the California Department of Justice's Criminal Intelligence Bureau, the STI has gathered and developed intelligence on this violent Hispanic gang, including an outline of the local hierarchical structure.

Additionally, the STI has developed a confidential informant (CI) possessing extensive knowledge of MS-13 operations, and with potential to infiltrate the gang and provide detailed and accurate information concerning their criminal activities.  It is anticipated that the STI will develop information to support enforcement actions and criminal prosecutions of investigative targets.  This ROI documents the ongoing interaction of SA-1211-SF with members of the 20th Street MaraSalvatrucha gang.

| DISTRIBUTION: | SIGNATURE: _____ |
| SACSF | MASALSKI    JOHN    SPECIAL AGENT |
| | APPROVED: _____ |
| | HARDMAN    MICHAEL    OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF    TELEPHONE: ▮▮▮▮ |
| | SAN FRANCISCO, CA -   |
| | TYPIST: MASALSKI |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0004

O F F I C I A L   U S E   O N L Y

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   3 | |
| | CASE NUMBER ███████ | |
| | REPORT NUMBER: 004 | |

DETAILS OF INVESTIGATION:

On July 18, 2005, the reporting agent and ICE agent M.Huelga met with
SA-1211-SF at the ICE San Francisco District Office (DO) to discuss his/her
current interactions with members of the 20th Street MS.  SA-1211-SF provided
the following information:
* On July 16, 2005, SA-1211-SF telephoned 20th Street MS gang member Wilbert
  (previously identified as Wilbert Castillo), and Wilbert stated that he
  would pick up SA-1211-SF on or near Valencia and 20th Streets in the
  Mission at 2100hrs.
* Wilbert arrived to pick up SA-1211-SF driving a white Toyota Camry.  The
  two then went to a "taqueria" of unknown name and location in the Mission
  district. At the restaurant, another 20th Street MS member known as
  "Colmillo" joined them.
(Agent note: "Colmillo" has been identified as SOSA-ESCOBAR, Ever, d/o/b
12/20/74)
* Colmillo and Wilbert pointed out a Latina woman working at the restaurant
  and stated that she is believed to be the wife or a girlfriend of a San
  Francisco Police officer.  Wilbert stated that for this reason, other 20th
  St. MS members have indicated a desire and/or intention to kill her.
(Agent note: the reporting agent shared this information with SFPD Inspector
Scott Lau on or about 7/19/20.  Inspector Lau stated that he had no knowledge
of the wife or girlfriend of an officer working at a taqueria, but that he
would look into it and share any information he came across.)
* Colmillo stated that the MS-13 have been responsible for 4 murders in the
  San Francisco area in July of 2005.  SA-1211-SF believed that Wilbert was
  claiming to have done at least one of the murders, and that the weapon used
  in at least two of the murders was a .45 calibur handgun that is currently
  in Colmillo's possession.  Colmillo stated that he was in possession of the
  gun (a .45 calibur) that was used.
(Agent note: ███████████████████████████████████
█████████████████████████████████)
* After eating, the three went to the park located at 20th and Valencia
  Streets and met up with other 20th St. MS members.  At this informal
  meeting, the following people were present: Wilbert, Colmillo, "El Tigre",
  "Dreamer", "Doc", and SA-1211-SF.
* SA-1211-SF states that El Tigre is the leader of the 20th St. MS along with
  Colmillo.
* "Doc" is Wilbert's cousin.
(Agent note:  "El Tigre" has been identified as CERNA, Ivan Remberto, d/o/b
2/17/76)
* At this informal meeting, 20th St MS members spoke about a variety of

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | CASE NUMBER ▮▮▮▮▮ |
| | REPORT NUMBER: 004 |

topics including jail and/or prison time they had done.   SA-1211-SF spoke with Tigre and Colmillo regarding the way the gang is being managed locally, and pointed out that there appears to be a lack of organization. SA-1211-SF told them that she/he would like to speak to each of them later, privately, about how to investigate alleged snitches like Dreamer, and other matters.

* SA-1211-SF is confident that he/she has the respect and admiration of many of the 20th St MS members, including Tigre and Colmillo, and that they do not suspect him/her of being an informant.   SA-1211-SF indicated an intention to chastise Tigre and Colmillo in the near future for running a poorly organized clique.

(Agent note: SA-1211-SF was subsequently advised by the reporting agent and agent Huelga not to take or aspire to take any sort of leadership role in the organization)

Investigation is ongoing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0006

REQUESTED BY:  FRANCO, ROCIO
O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | TECS ACCESS CODE 3 |
| | PAGE    1 |
| | CASE NUMBER ████████ |

TITLE: DEVIL HORNS

CASE STATUS:    INTERIM RPT

| REPORT DATE<br>080105 | DATE ASSIGNED<br>071405 | PROGRAM CODE<br>████ | REPORT NO.<br>009 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
SOURCE DEBRIEF INFORMAT

TOPIC: SOURCE REPORT ON A MEETING OF 20TH STREET MS MEMBERS ON 7/23/05

SYNOPSIS:
The ICE Street Terrorism Initiative (STI) has identified the "20th Street Mara Salvatrucha (MS-13)" gang as a criminal organization meriting federal investigation and law enforcement action.  In conjunction with the San Francisco Police Department and the California Department of Justice's Criminal Intelligence Bureau, the STI has gathered and developed intelligence on this violent Hispanic gang, including an outline of the local hierarchical structure.

Additionally, the STI has developed a confidential informant (CI) possessing extensive knowledge of MS-13 operations, and with potential to infiltrate the gang and provide detailed and accurate information concerning their criminal activities.  It is anticipated that the STI will develop information to support enforcement actions and criminal prosecutions of investigative targets.  This ROI documents a meeting of the 20th Street MS that was attended by SA-1211-SF on 7/23/05.

| DISTRIBUTION:<br>SACSF | SIGNATURE: _____<br>MASALSKI       JOHN          SPECIAL AGENT |
|---|---|
| | APPROVED: _____<br>HARDMAN        MICHAEL        OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF    TELEPHONE: ████████<br>SAN FRANCISCO, CA ·<br>TYPIST: MASALSKI |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0016

O F F I C I A L   U S E   O N L Y

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE   3 | |
| R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | CASE NUMBER ██████ | |
| | REPORT NUMBER: 009 | |

DETAILS OF INVESTIGATION:

On 7/25/05 the reporting agent, along with ICE Special Agent C. Merendino and
Special Agent J. Posada of the California Department of Justice's Criminal
Intelligence Bureau, met with SA-1211-SF regarding recent activities of the
20th St. MS. The following is a summary of information that the confidential
source provided:
* At approximately 2000 hrs on 07/23/05, SA-1211-SF was picked up by Colmillo
  (a/k/a SOSA-ESCOBAR, Ever) and Wilbert (a/k/a Wilbert (a/k/a Wilbert
  Castillo). Colmillo was driving (what SA-1211-SF believes to be) his own
  car, a light blue Honda Civic. The three drove to the intersection of
  Valencia and 15th Streets, where Colmillo lives. SA-1211-SF and Wilbert
  waited in the car while Colmillo went inside for a few minutes. SA-1211-SF
  stated that he/she had been previously told that in the recent past there
  was some sort of enforcement action at this location, during which a .357
  handgun that belonged to Colmillo had been seized.
(Agent note: a handgun was seized from an address at this location during an
ICE Community Shield Operation in April.)
* Upon returning to the car, Colmillo had in his possession another handgun,
  which he showed to SA-1211-SF on the way to the meeting. SA-1211-SF
  observed this weapon to be an all black metal, .45 caliber handgun in good
  condition.
* The three then drove for approximately one half hour on city streets to an
  unknown beach location where a meeting of the 20th St. MS was to take
  place. Upon their arrival at the beach, many members were already present.
  By 2300 hours, approximately 30 members were present. SA-1211-SF recalled
  the following members being among those present: Payaso, Mickey, Cougar,
  Extrano, Tigre, and Spanky. Many others (totaling approximately 30) were
  present, but due to the darkness and heavy clothing worn by many SA-1211-SF
  was unable to identify most of them.
* At the meeting, CERNA, Ivan (a/k/a Tigre) was clearly in control and the
  leader of the clique. Members were arranged in a big circle, and were
  introduced by their monikers. CERNA led the discussion, of which the
  primary topics were how to get the 20th St MS better organized and dealing
  with disciplinary matters. Approximately five members were individually
  disciplined during the meeting, each being verbally reprimanded by CERNA on
  matters such as arriving at the meeting drunk, disrespecting other members,
  and 'backstabbing' other members. SA-1211-SF stated that the discipline at
  the meeting was only verbal, but that the offenders were fearful that they
  would be beaten physically later on as further punishment.
* SA-1211-SF believes that at the meeting, many of the members, in addition
  to Colmillo, were armed with handguns.
* One member known as "Indio" (a/k/a CARCAMO, Aristides, d/o/b 8/20/79)

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | PAGE   4 |
| ICE | |
| | CASE NUMBER |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| C O N T I N U A T I O N | REPORT NUMBER: 009 |

showed up late at the meeting (at close to 0100 hrs.)  Indio began speaking
about San Francisco Police Officer Mario Molina and that he needed to be
"dealt with" somehow.
(Agent note:

* Upon hearing Indio speak about Mario Molina, CERNA (a/k/a/ Tigre) stated
  that such matters would not be discussed at that meeting, and they would be
  dealt with in more private, upper level meetings of 20th Street MS.  CERNA
  then called an end to the meeting.
* SA-1211-SF stated that one of the primary rules of the MS-13 is that there
  are no "bosses"; rather, there are "leaders."  At this point in time there
  is no doubt that CERNA is in the primary leadership role, with Colmillo
  (a/k/a SOSA-ESCOBAR, Ever) sharing some of the responsibility.  SA-1211-SF
  believes that she/he has already gained the trust and respect of many of
  the 20th Street members, including CERNA and SOSA-ESCOBAR, and that they
  have intentions of including him/her in upcoming meetings at which the
  organization of the clique will be addressed.
* CERNA a/k/a Tigre has expressed to SA-1211-SF a desire to learn from any
  experience that SA-1211-SF may have regarding MS-13 operations in other
  areas.  The two have discussed the formation an advisory board for the
  gang, to be composed of approximately five to six members.  SA-1211-SF
  believes that Tigre desires SA-1211-SF to serve as an advisor to him and
  some of the others.  SA-1211-SF told CERNA that such a board, or
  "consejeria" is typical of MS-13 in some areas, including Central America.
  SA-1211-SF has told CERNA that he/she will be willing to serve as an
  advisor on such a board.
* SA-1211-SF anticipates that he/she will be hearing from CERNA regarding an
  upcoming smaller meeting that will be held to form the "consejeria" or
  advisory board previously discussed.

Investigation is ongoing.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY:  FRANCO, ROCIO
                    O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE 3 |
| ICE | |
| | PAGE   1 |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| | CASE NUMBER ███████████ |

TITLE: DEVIL HORNS

CASE STATUS:   INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
| 081505 | 071405 | ████████ | 013 |

RELATED CASE NUMBERS:   ████████████

COLLATERAL REQ:

TYPE OF REPORT:
SOURCE DEBRIEF INFORMAT

TOPIC: SOURCE DEBRIEF OF 082105 MEETING WITH TIGRE, ET AL.

SYNOPSIS:
The ICE Street Terrorism Initiative (STI) has identified the "20th Street Mara
Salvatrucha (MS-13)" gang as a criminal organization meriting federal
investigation and law enforcement action.  In conjunction with the San
Francisco Police Department and the California Department of Justice's
Criminal Intelligence Bureau, the STI has gathered and developed intelligence
on this violent Hispanic gang, including an outline of the local hierarchical
structure.

Additionally, the STI has developed a confidential informant (CI) possessing
extensive knowledge of MS-13 operations, and with potential to infiltrate the
gang and provide detailed and accurate information concerning their criminal
activities.  It is anticipated that the STI will develop information to
support enforcement actions and criminal prosecutions of investigative
targets.  This ROI documents the source debrief of a meeting of senior 20th
Street MS members on 8/1/05.

| DISTRIBUTION: | SIGNATURE: |
| SACSF | MASALSKI      JOHN      ICE SPECIAL AGENT |
| | APPROVED: |
| | HARDMAN      MICHAEL      OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF | TELEPHONE: ██████████ |
| | SAN FRANCISCO, CA · | |
| | | TYPIST: MASALSKI |

              O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0026

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
|---|---|
| | CASE NUMBER ███████████ |
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | REPORT NUMBER: 013 |

DETAILS OF INVESTIGATION:

On 8/2/05, the reporting agent, along with ICE agents C. Merendino, M.Huelga and Group Supervisor (G/S) M. Hardman, met with SA-1211-SF at the ICE San Francisco District Office for a full debriefing of a meeting of 20th St MS that had taken place on 8/1/05.  During that meeting, SA-1211-SF covertly utilized a digital audio recorder, and ICE agents conducted surveillance. (████████████████████████)  SA-1211-SF provided the following information regarding the meeting:

* In attendance were Tigre, Payaso, Fletcha, Indio, Micky, Doggy, and (later determined to be) Psycho.
(Agent note: The ICE STI has determined the identities of the following individuals:

| | |
|---|---|
| Tigre: | CERNA, Ivan, d/o/b 2/17/76 |
| Payaso: | CERNA, Alex, d/o/b 4/22/77 |
| Fletcha: | PATINO, Eliseo d/o/b 5/27/77 |
| Indio: | CARCAMO, Aristides, d/o/b 8/20/78 |
| Micky: | MARTINEZ, Jaime, d/o/b 7/18/79 |
| Psycho: | CARCAMO, Marvin, d/o/b 8/8/80 |

* Four separate vehicles transported members to the meeting: a white van driven by Tigre, a dark blue pickup truck driven by Indio and/or Fletcha, a black sedan that formerly belonged to an MS member named "Penguino", and another sedan bearing license plate number 5CTY4AL. (Agent note:  ICE agents have identified three of these vehicles, as follows:
* A 1991 Ford van, CA license number  4J17724, registered to CERNA, Ivan, 90 Amberwood Circle, South San Francisco, CA.
* A 1991 Acura sedan, CA license number 5GFT072, registered to MENDOZA, Reynaldo, 5034 Mission Street, South San Francisco, CA.
* A 1990 Toyota sedan, CA license number 5CTY4AL, registered to MENDOZA, Maria Magdalena, 27025 Tyrrell Avenue, Hayward, CA.
* While walking towards the meeting place, Tommy's Joynt, located at 1101 Geary Street in San Francisco, one of 20th Street MS members drew attention to the presence of G/S M. Hardman, who was getting out of his car near the entrance to the establishment.  Another member stated that he had seen the vehicle Hardman was driving earlier in the Mission district, near 20th Street, and that it had followed them part of the way there. The group members discussed G/S Hardman's appearance and demeanor and speculated that he might be a cop. One of them stated that if that were the case, then he would have to be killed.  SA-1211-SF believes that at the time, many, if not most members of the group were armed with handguns.
* During the meeting, everyone who was present spoke, but Tigre was clearly

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE     4<br><br>CASE NUMBER ████████<br><br>REPORT NUMBER: 013 |

in the leadership role and controlled the conversation.  Tigre stated that the purpose of the meeting was to begin work on getting the 20th Street MS clique better organized.  He stated that younger members of the clique were running around, shooting people in a disorganized manner.  Those present at the meeting were the older and more experienced people, and Tigre was requesting their assistance in organizing the gang.

* Tigre stated that he would be directing gang activities, and that he wanted the others present to help him.  He wants the group to function like a congress, or an advisory board, which will oversee the 20th Street clique's activities and operations.  The actual term Tigre and others use to describe this board, or panel, is "consejeria".

* Only approximately half of Tigre's proposed advisory board members were present at the meeting.  Approximately six other people will be included, but they could not attend the meeting for various reasons.  One of those other people is Colmillo.

(Agent note:  Colmillo has been identified as SCSA-ESCOBAR, Ever, d/o/b 12/20/74)

* Tigre and the group discussed the establishment of a fund or several funds, for the purpose of financing various areas of gang involvement.  A collection of ten dollars per person at future MS meetings will be made, and the money will be pooled and multiplied through a variety of criminal endeavors.  For example, an initial fund, or box, will be designated to drug sales, so that those working drug sales will have some finances to work with initially, so that they can return with profits.  Currently, gang activity is so poorly organized that there is no accountability or management, and this needs to change.  A similar fund, or box, will be established for the buying and selling of handguns, as will one designated for the purpose of having money available to bail out 20th Street MS members who get arrested.   Tigre stated that the "consejeria" will be responsible for organizing and managing these funds, and that individuals will be assigned specific roles, such as collection, and accounting.

* Additionally, the group discussed the need to have armed security at future meetings of the 20th Street MS, primarily for protection against rival norteno (northerner) gangs.  This will involve planning and coordination as well as obtaining firearms for the guards.

* Tigre and/or others spoke briefly regarding the collection of taxes in the 20th Street area.  Tigre is currently collecting taxes from some individuals in the Mission who are selling counterfeit documents.

* The final topic of discussion was San Francisco Police Officer Mario Molina and the gang's intention to kill him as retaliation for recent law enforcement action against gang members in the Mission District. Molina is seen by 20th St. MS members as a traitor to his people since he himself is of El Salvadorian heritage, and MS 13 is a predominantly El Salvadorian gang.  This topic of conversation was initiated by Micky, a/k/a MARTINEZ, Jaime.  Tigre stated his intention to appoint an individual to begin

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | PAGE   5 |
| ICE | |
| R E P O R T   O F   I N V E S T I G A T I O N | CASE NUMBER ███████████ |
| C O N T I N U A T I O N | REPORT NUMBER: 013 |

conducting surveillance on Officer Molina. There was also talk of forming a "gatillero", or hit squad, likely to be composed of younger members, to carry out future hits as instructed by the gangs leaders, or "shot callers".

(Agent notes:



O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY: SCRAM, WILLARD E
O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE | TECS ACCESS CODE ▬▬ |
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER ▬▬▬▬▬ |

TITLE: DEVIL HORNS

CASE STATUS:    INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 020606 | 071405 | ▬▬▬ | 070 |

RELATED CASE NUMBERS:    ▬▬▬▬▬

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: DEBREIF OF SA-1218-SF ON 02062006

SYNOPSIS:

"DEVIL HORNS" is an investigation under Operation Community Shield (OCS) targeting the 20th Street Mara Salvatrucha (MS-13), a violent Hispanic street gang in and around San Francisco, CA.   In conjunction with other law enforcement agencies, OCS is developing intelligence on this criminal organization towards criminal prosecution of its members.

Confidential informants (CIs) have been activated in this case to facilitate the gathering of evidence against the MS-13 organization.  This ROI documents a debrief of SA-1218-SF on 2/6/06.

| DISTRIBUTION: | SIGNATURE: |
|---|---|
| SACSF | MASALSKI    JOHN        SPECIAL AGENT |
| | APPROVED: |
| | HARDMAN      MICHAEL     OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF |    TELEPHONE: ▬▬▬▬ |
| | SAN FRANCISCO, CA - |
| | TYPIST: MASALSKI |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 | |
| R E P O R T   O F   I N V E S T I G A T I O N | CASE NUMBER ████████████ | |
| C O N T I N U A T I O N | REPORT NUMBER: 070 | |

DETAILS OF INVESTIGATION:

On 2/6/06, the reporting agent along with Special Agents R. Franco and E. Olivas met with Confidential Informant (CI) SA-1218-SF to discuss his/her recent interaction with the 20th Street MS.

SA-1218-SF reported that on the afternoon of 2/4/06 he/she called 20th MS member "Syco" a/k/a Marvin Carcamo at telephone number 415-724-7891.  "Syco" stated that there was going to be a meeting of the 20th Street MS later that evening, and provided the telephone number of 20th Street MS leader "Tigre" a/k/a Ivan CERNA as 415-827-2038.  SA-1218-SF then spoke with "Tigre" and confirmed that there was a meeting scheduled for around 2030 hrs.

SA-1218 arrived late to the meeting with " Little Payaso" a/k/a Rodrigo MOLINA.  The meeting location was near the intersection of Lincoln and 41st streets in San Francisco, CA.  SA-1218-SF stated that this is a new location for meetings and gave directions to it as follows:  left on 41st, enter a small parking lot on the right, and then walk down a little path to a tree lined area.

SA-1218-SF stated that the following 20th Street MS members were among those present:  "Tigre", "Colmillo", "Cypress", "Dog", "Cabeza", "Cholito", "Slow", "Popeye", "Kapon", "Spanky", "Tweety", "Peloncito", "Syco", "Indio", "Piranya", "Little Payaso", "Puppet", "Droopy", "Cougar", and  "Silent".  As usual, "Tigre" led the meeting.  Topics of discussion included: the need for a "check" or disciplinary action to be given to 20th Street member "Droops," for having disrespected member "Little Payaso"; and, the consensus among the group that one member known as "Bruno" should no longer be welcome among the 20th Street MS due to his inappropriate behavior.

SA-1218-SF stated that an unknown amount of money was collected at the meeting, probably at least $10.00 per person.  SA-1218 did not hear talk of what this money would be used for.

Additionally, SA-1218-SF reported that "Tigre" is now living at an unknown address in San Pablo, CA, and that "Syco" is living at an unknown address on 23rd Street in Richmond, CA.

Investigation is ongoing.

TARGET IDENTIFIERS:

"El Colmillo" is known to this agent as SOSA-Escobar, Ever, DOB: 12/20/1974, ICE# A44 184 910, COB: El Salvador, Immigration Status: FX2, CII:  FBI: ████████ LKA: 371 Valencia Street #408, San Francisco, CA 94110.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY: SCRAM, WILLARD E
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE ██ |
|---|---|
| ICE | |
| | PAGE     1 |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| | CASE NUMBER ████████ |

TITLE: DEVIL HORNS

CASE STATUS:     INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 112807 | 071405 | 0A0 | 310 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
SOURCE DEBRIEF INFORMAT

TOPIC: DEBRIEF OF SA-1218-SF ON 10/15/2007 CONCERNING GANG MEET AND OTHER

SYNOPSIS:
"DEVIL HORNS" is an investigation under the Certified Undercover Operation
Fastball targeting the 20th Street Mara Salvatrucha (20th MS), a violent
Hispanic street gang in San Francisco, CA.   In conjunction with other law
enforcement agencies, the Operation Community Shield (OCS) unit of ICE OI is
gathering evidence of the criminal activities of this organization towards
criminal prosecution of its members.

This report documents a debrief of ICE source SA-1218-SF on 10/15/2007
concerning 20th MS street gang activity.

| DISTRIBUTION: | SIGNATURE: _____ |
|---|---|
| SACSF | MERENDINO    CHRISTOPHE    SPECIAL AGENT |
| | APPROVED: _____ |
| | SELBY         MARK      R  SPECIAL AGENT |
| | ORIGIN OFFICE: SF  | TELEPHONE:████████ |
| | SAN FRANCISCO, CA - | |
| | TYPIST: MERENDINO |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0729

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    3 |
|---|---|
| | CASE NUMBER ▓▓▓▓▓▓▓▓▓ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 310 |

DETAILS OF INVESTIGATION:

On Monday, October 15, 2007 at 1345, this agent, with Special Agent Alex Chan, performed a debrief of ICE source SA-1218-SF concerning recent gang activities.   SA-1218-SF reported that on or about Wednesday, October 3, 2007, he/she had a conversation with fellow gang member, FUENTES, Osvaldo, AKA: "Nino Manioso," in which FUENTES admitted that he had shot a known rival "Nortenos" gang member known as "Smokey."

SA-1218-SF relayed that FUENTES had confided in him/her that he and fellow 20th MS member "Smokey" (Note: the rival gang member and accomplish both share the moniker "Smokey.") traveled to Richmond, CA intent on assassinating the rival.   FUENTES revealed that he had recently learned where "Smokey" lived and orchestrated a plan to lay in wait for the victim at the residence.   FUENTES indicated that he and fellow 20th MS member "Smokey" drove in his grey van to Richmond and parked the vehicle on the street in front of the victim's residence.   FUENTES admitted that at approximately 0500, he observed the rival gang member "Smokey" exit the residence and he proceeded to shoot him in the back at least two times.   FUENTES indicated that he believed "Smokey" was deceased.   SA-1218-SF noted that FUENTES also stated that he owned a Desert Eagle .45 cal. handgun with a high capacity magazine that holds 40 rounds, and a 9mm handgun with a high capacity magazine that holds 30 rounds.

SA-1218-SF also reported that he/she overheard  fellow gang member PALMA, Walter, AKA: "Kapone" talk about an attack on a rival "Norteno" gang member on or about Wednesday, October 10, 2007.   PALMA stated that fellow gang members CARCAMO, Marvin, AKA: "Cyco," and an unidentified member known as "Chorejas" were responsible for the shooting.   PALMA indicated that CARCAMO, M. utilized a .380 handgun during the attack.

SA-1218-SF indicated that on Saturday, October 13, 2007, the 20th MS clique attempted to have a gang meeting at Sutro Park, in the Sunset District of San Francisco, CA.   SA-1218-SF indicated that he/she arrived at the meeting at approximately 2100, and observed approximately twenty five (25) members present.   SA-1218-SF noted that he/she was not able to identify many of the attendees due to the darkness and the brevity of the meeting. The group huddled in a circle in a dark portion of a field at the park.   SA-1218-SF indicated that prior to the meeting officially starting, fellow gang member CERNA, Ivan, AKA: 'Tigre" contacted gang leader CARCAMO, M. and told him that he had observed U.S. Park Rangers in the vicinity of the meet location.

SA-1218-SF indicated that the meeting was cancelled and the gang members all dispersed from the area.   SA-1218-SF noted that the group intended to "jump in" a new gang member known as "Sneaky" during the meeting.   SA-1218-SF also

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | PAGE   4 |
|---|---|
| ICE | |
| R E P O R T   O F   I N V E S T I G A T I O N | CASE NUMBER ▮▮▮▮▮▮▮ |
| C O N T I N U A T I O N | REPORT NUMBER: 310 |

noted that two Mara Salvatrucha members from Los Angeles attended the meeting. The members were known as "Payaso," from the "Hollywood" clique, and "Lil Sombra,." From the "Normandy" clique. SA-1218-SF believed the members from Los Angeles were high ranking members of the Mara Salvatrucha gang. SA-1218-SF believed that gang leader CARCAMO, M. invited the Los Angeles members to the meeting. SA-1218-SF noted that CARCAMO M. had traveled to Los Angles on several occasions recently to attend meetings there.

Investigation continues:

TARGET IDENTIFIERS:

* "CYCO" is known to this agent as CARCAMO, Marvin, AKA: CALAMOS, Marvin, DOB: 8/8/1980, ICE# A76-847-237, Immigration Status: Pending Asylum, COB: El Salvador, FBI: ▮▮▮▮▮▮, CII:▮▮▮▮▮▮▮▮, SSN:▮▮▮▮▮▮ DMV: Unknown, SF#: ▮▮▮▮ LKA: 346 105th Ave., Apt. G, Oakland, CA  94603 (6/07 LN).

* "PELONCITO" is known to this agent as GUEVARA, Angel Noel, AKA: Unknown, DOB: 5/1/1981, ICE# A77-165-326, Immigration Status: Prior Deport, COB: El Salvador, FBI: ▮▮▮▮▮▮▮, CII: ▮▮▮▮▮▮▮, SSN: Unknown, DMV:▮▮▮▮▮▮6, SF#: ▮▮▮▮▮▮ LKA: 41 Vienna St., SF, CA  (2007 SFPD).

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | | Page 1 of 5 |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File ☒ | Related Files CS-06-1222710 | 3. File No. R3-06-0041 | 4. G-DEP Identifier GDA3L |
| 5. By: John Dumont,  SA<br>At: San Francisco, TF1 | ☐<br>☐<br>☐ | | 6. File Title ▁▁▁▁▁▁▁▁▁▁ | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared 01/24/07 | |
| 9. Other Officers: See Below | | | | |
| 10. Report Re: 01/23/2007 Surveillance of John BREIZ, Judith SOSA, and Others; and Acquisition of Exhibit 6 | | | | |

SYNOPSIS

This report details surveillance observations which took place on
01/23/2007 in connection with the purchase by CS-06-1222710 of
approximately two ounces of suspected ice methamphetamine (Exhibit 6) from
Mauricio URIAS and Judith SOSA.

DETAILS

  1. Reference reporting by ICE San Francisco under ICE file number
     SF16CR05SF0045269 relating to the conversations between CS-06-
     1222710, Mauricio URIAS, and Judith SOSA before and during the
     01/23/2007 methamphetamine transaction between CS-06-1222710 and
     Judith SOSA.

  2. On 01/23/2007, beginning at approximately 5:15 PM, the following
     agents/officers began to establish surveillance in the vicinity of
     the residence of Mauricio URIAS and Judith SOSA located at 138
     Appleton Ave., San Francisco, CA:  ICE GS Hardman, DEA SA Enger, and
     DEA SA Norton.  At that time, a silver 2000 Ford Expedition bearing
     California plate number 4HUK164 was parked on the street direction in
     front of the residence.  This vehicle is registered to Judith SOSA or
     Irma SOSA, 138 Appleton St., San Francisco, CA.

  3. Also at approximately 5:15 PM, the following agents/officers began to
     establish surveillance in the vicinity of the Fiesta Laundry located

| 11. Distribution:<br>Division  R3 - Barnes/CSC | 12. Signature (Agent)<br><br>      John J. Dumont III, SA | 13. Date<br>03-26-<br>2007 |
|---|---|---|
| District | 14. Approved (Name and Title)<br>      William F. Sicord<br>      Group Supervisor | 15. Date<br>03-26-<br>2007 |
| Other   SARI | | |

DEA Form    -6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration
2007 01 23 surveillance of briez and sosa
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. R3-06-0041 | 2. G-DEP Identifier GDA3L |
|---|---|---|
| *(Continuation)* | 3. File Title ▮▮▮▮▮▮▮▮ | |
| 4. Page  2  of  5 | | |
| 5. Program Code | 6. Date Prepared 01/24/07 | |

at the intersection of 20th St. and South Van Ness Ave., San
Francisco, CA:  DEA GS Sicord, DEA SA Fred Formas, DEA TFO Perea, DEA
TFO Fee, ICE SA Merendino, ICE SA Chan, ICE SA Olivas, ICE SA Franco,
and ICE SA Cano.  They were subsequently joined by ICE SA Masalski
and DEA SA Dumont who were directing CS-06-1222710 (CS).

4. At approximately 6:03 PM, SA Enger observed SOSA walk from the
   direction of her residence, get into the driver's seat of the Ford
   Expedition, and drive away.  Agents/Officers followed her from the
   residence to the Fiesta Laundry, where she arrived at approximately
   6:08 PM.  SAs Dumont and Masalski observed SOSA park the Ford
   Expedition in the laundromat parking lot.  SA's Dumont and Masalski,
   who had previously placed the CS in the area, observed the CS
   approach the driver's window and speak briefly with SOSA.  SA Formas
   then observed SOSA make a telephone call as the CS got into the front
   passenger seat of the Ford Expedition, which SOSA then drove out of
   the parking lot and subsequently parked on 20th St., just outside the
   parking lot of the laundromat.

5. At approximately 6:17 PM, SA Formas observed the CS exit the Ford
   Explorer, which SOSA then drove away from the area.  SAs Dumont and
   Masalski maintained surveillance of the CS at the Laundromat while
   other agents/officers followed the Ford Expedition to the
   intersection of Bryant St. and 20th St., San Francisco, CA, where SOSA
   arrived at approximately 6:22 PM.  GS Sicord, SA Formas, and TFO
   Perea observed a white 1988 Honda Accord bearing California plate
   number 5ASN293 parked with three occupants at this same intersection.
   This vehicle is registered to Rita RIVERA, 54 Penhurst Ave., Daly
   City, CA.  GS Sicord, SA Formas, and TFO Perea observed John BREIZ
   get out of the driver's seat of the Honda Accord and into the front
   passenger seat of the Ford Expedition while a passenger in the Honda
   Accord got into the driver's seat of the Honda Accord.
   Agents/Officers then followed both vehicles as they drove away from
   the intersection.

6. At approximately 6:27 PM, GS Hardman and SAs Dumont and Masalski
   observed the Ford Expedition arrive back at the Fiesta Laundry and
   park.  SA Dumont observed the CS get into the rear passenger side of

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

000734

Previous edition dated 8/94 may be used

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. R3-06-0041 | 2. G-DEP Identifier GDA3L |
|---|---|---|
| | 3. File Title ▬▬▬▬▬▬ | |
| 4. Page 3 of 5 | | |
| 5. Program Code | 6. Date Prepared 01/24/07 | |

the Expedition.  A couple minutes later the CS exited the vehicle and walked away.

7. At approximately 6:29 PM, SAs Dumont and Masalski observed the Ford Expedition drive away from the Laundromat.  Agents/Officers followed the vehicle back to the intersection of 20th St. and Bryant St., where SOSA and BREIZ arrived at approximately 6:33 PM.  At that time, TFO Perea observed BREIZ get out of the front passenger seat of the Ford Expedition and into a rear passenger seat of the Honda Accord, which agents/officers had been following as it circled the vicinity of 20th St., and Bryant St. while apparently waiting for BREIZ to return. Both vehicles then drove away from the area.  Surveillance of the Ford Expedition was terminated at that time, and agents/officers followed the Honda Accord as it traveled north through San Francisco.

8. At approximately 6:50 PM, SAs Formas and Enger observed the Honda Accord park in front of the garage door of an apartment building located at 3665 Scott St., San Francisco, CA, at which time all occupants got out of the Honda Accord.  SA Enger observed one of the occupants of the Honda Accord open the garage door.  SA Norton observed that the hood of the vehicle had been opened and steam was coming from the engine compartment.  SA Norton observed BREIZ apparently using a hose to fill the radiator with water from the building while the other two subjects assisted.

9. At approximately 7:04 PM, SA Formas observed BREIZ get into the driver's seat of the Honda Accord and drive away with the same unidentified passenger as before.  The unidentified subject who drove the Honda Accord from the intersection of 20th St. and Bryant St. remained at the Scott St. location.  AGENT NOTE: SAs Enger and Norton observed this same subject in and around the garage of the same location on 01/24/2007 at approximately 12:30 PM).  Agents/Officers followed BREIZ and his unidentified passenger as they traveled from San Francisco to South San Francisco via HWY 101 SB, exiting at Grand Ave.  GS Sicord and TFO Perea observed BREIZ stop twice briefly for no apparent purpose, once at a Shell gas station and once at a convenience store, before terminating surveillance.  The vehicle was

DEA Form -6a (Jul. 1996)   DEA SENSITIVE   Drug Enforcement Administration   000735

This report is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>R3-06-0041 | 2. G-DEP Identifier<br>GDA3L |
|---|---|---|
| | 3. File Title<br>▆▆▆▆▆▆▆ | |
| 4.<br>Page  4  of  5 | | |
| 5. Program Code | 6. Date Prepared<br>01/24/07 | |

last observed at approximately 8:45 PM by TFO Perea in the vicinity of Myrtle Ave. and Spruce Ave., South San Francisco, CA.

10.    The CS's conversations with SOSA were recorded and the media will be maintained as evidence by ICE.

11.    URIAS, BREIZ, and Judith SOSA have been previously identified. Irma SOSA is further identified via CLETS inquiries in the Indexing Section of this report.  CLETS inquiries did not further identify Rita RIVERA.

## ACQUISITION OF EXHIBIT

On 01/23/2007, at approximately 6:27 P.M., CS-06-122710 purchased Exhibit 6 (approximately 2 ounces of suspected methamphetamine), from Judith SOSA and John BREIZ outside Fiesta laundromat located at the intersection of South Van Ness Ave and 20th Street, San Francisco, CA, in exchange for $1,950.00 OAF.  The CS turned the exhibit over to SA John Dumont, who processed the exhibit as witnessed by SA John Masalski. A field test was conducted by SA Dumont, as witnessed by SA Masalski, with positive results for amphetamine.  SA Dumont maintained custody of the exhibit until turning the exhibit over to the WRL, on 01/24/2007.

## OTHER OFFICERS

DEA:  GS William Sicord, SA Todd Enger, SA Fred Formas, SA John Dumont, SA Sean Norton, TFO Dan Perea, and TFO Phil Fee.

ICE:  GS Michael Hardman, SA John Masalski, SA Chris Merendino, SA Rocio Franco, SA Raul Cano, and Jason Chin.

## INDEXING

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆


DEA Form    -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

000736

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | 1. File No. R3-06-0041 | 2. G-DEP Identifier GDA3L |
|---|---|---|---|
| *(Continuation)* | | 3. File Title ▬▬▬▬▬▬ | |
| 4. Page 5 of 5 | | | |
| 5. Program Code | | 6. Date Prepared 01/24/07 | |

DEA Form     – 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

000737

Previous edition dated 8/94 may be used