

225 Bush Street, Suite 1600  |  San Francisco, California 94104  |  T: 415.439.8347  |  F: 415.373.3901

ETHAN A. BALOGH
eab@colemanbalogh.com

July 22, 2009

**VIA ELECTRONIC MAIL**

Wai Shun Wilson Leung, Esq.
Office of the United States Attorney
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

   RE: *United States v. Cerna,* Case No. 08-0730 WHA

Dear Wilson:

As you requested, we write to inform you that on July 10 and 13, 2009, we issued subpoenas to ICE Special Agents John Masalski and Christopher Merendino, as well as FBI Special Agent Sandra Jacquez Flores. We understand that the United States Marshal's Service will serve these subpoenas presently. (The Court has advised us that these subpoenas must be served by the Marshal's service, as opposed to our own investigator). Accordingly, we provide this information to you so that you can ensure that these agents appear at the August 4, 2009 hearing before Judge Alsup. If this presents any problem, please let us know so that we may address it promptly.

Thank you in advance for you courteous assistance.

            Sincerely,

            ETHAN A. BALOGH