## Leung, Wilson (USACAN)

**From:** Ethan A. Balogh [eab@colemanbalogh.com]
**Sent:** Tuesday, July 28, 2009 7:07 PM
**To:** Leung, Wilson (USACAN)
**Subject:** Re: Hearing

Are you around to talk tomorrow am to discuss? I have MHP at 9, free after 10/10:30. We can even meet or coffee if you have time? Lmk.

On Jul 28, 2009, at 5:39 PM, "Leung, Wilson (USACAN)" <Wilson.Leung@usdoj.gov> wrote:

> Still figuring that out as well. I'm trying to navigate the bureaucracies involved, if that makes sense.
>
> ---
>
> **From:** Ethan A. Balogh <eab@colemanbalogh.com>
> **To:** Leung, Wilson (USACAN)
> **Sent:** Tue Jul 28 20:37:31 2009
> **Subject:** RE: Hearing
>
> What's your position on flights?
>
> ---
>
> **From:** Leung, Wilson (USACAN) [mailto:Wilson.Leung@usdoj.gov]
> **Sent:** Tuesday, July 28, 2009 5:36 PM
> **To:** Ethan A. Balogh
> **Subject:** Hearing
>
> Haven't heard back from Masalski or Merendino yet. I'll reach out when I have further information. I may also move to quash or limit the subpoenas, though I have to look at them closer. Stay tuned.
>
> Thanks.

1