IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>IVAN CERNA, et al.,<br><br>        Defendant.<br>_____/ | No. C 08-00730 WHA<br><br>**CLERK'S NOTICE<br>CONFIRMING HEARING<br>TIME AND LOCATION** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Further Evidentiary hearing is set for **August 31, 2009 at 7:30 a.m.** before the Honorable William Alsup.  Please report to Courtroom #3, on the 3rd Floor, United States Courthouse, 1301 Clay St., Oakland, CA  94612.

Dated:  August 19, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup