UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 08-00730 WHA**

Case Name: **UNITED STATES OF AMERICA** v. **IVAN CERNA, ET AL.,**

### EXHIBIT and WITNESS LIST

| **JUDGE:** WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:** Wilson Leung | **DEFENSE ATTORNEYS**: See Minute Orders for Names |
|---|---|---|
| **TRIAL DATE:** August 4, 2009 & August 31, 2009 | **REPORTER(S):** Sahar McVickar/Raynee Mercado | **CLERK**: Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | AUGUST 4, 2009 DESCRIPTION   c/r Sahar McVickar | BY |
|---|---|---|---|---|---|---|
| | | 9:25 am | | | Evidentiary Hearing re Brady Material began | |
| | | | | | Preliminary matters addressed: Defendant Rodil Nochez is not present because he is at work. Court will waive defendants appearance this time. Attorney Geri Green is unavailable, co-counsel Ann Moorman agreed to specially appear for her. Court may follow up with CJA. Court will set a further hearing for the defendants other witnesses, since they were unavailable. Defendant Sosa shall file a response to the Government's Motion to Quash by noon on 8/7/09. Defendant Guillermo Herrera's motion to exclude witnesses from the courtroom is granted. | |
| | | 9:36 am | | | Defendants called witness **Sergeant Dion McDonald**. Witness sworn in. Direct by Martin Sabelli. | |
| | | 10:10 am | | | Recess | |
| | | 10:30 am | | | Reconvene | |
| | | | | | Continued the direct of Sgt. McDonald | |
| | A | | x | x | US Immigration and Customs Enforcement investigation report | |
| | | 11:50 am | | | Recess | |
| | | 12:05 pm | | | Reconvene | |
| | | | | | Attorney Dennise Henderson arrived to specially appear for Geri Green. | |
| | | | | | Defendants moved in exhibits B through G. Government has not objection to admitting the exhibits. All received. | |
| | C | | x | x | Memo dated 3/28/06 to Capt. Goldberg from Sgt. Solomon | |
| | D | | x | x | Memo dated 3/25/05 to Commander Puccinelli from John Goldberg | |

| | | | | | |
|---|---|---|---|---|---|
| E | | x | x | Memo dated 4/1/05 to Capt. McNally from Sgt. Solomon | |
| F | | x | x | Memo dated 6/16/05 to Capt. Goldberg from Sgt. Miller | |
| G | | x | x | Memo dated 12/12/05 to Capt. Goldberg from Sgt. Miller | |
| | 12:21 pm | | | Court Examination | |
| | 12:23 pm | | | Cross Examination by Wilson Leung | |
| | 12:36 pm | | | Redirect Examination | |
| | 12:39 pm | | | Recross Examination | |
| | 12:39 pm | | | Witness Excused | |
| | | | | Defendant Sosa would like additional documents prior to calling the next witness. Ronnie Wagner, SFPD Legal Dept responded to defendant Sosa and provided a letter from G. Lowder to Chief Fong in response to the subpoena request for documents. | |
| | 12:46 pm | | | Recess | |
| | 1:48 pm | | | Reconvene | |
| | | | | Ronnie Wagner has located Attachment A to the letter and has provided it to defendant Sosa. There is an Attachment B that will need to be subpoenaed. | |
| | 1:55 pm | | | Defendants called witness **Sergeant Mario Molina**. Witness sworn-in. Direct by Mark Rosenbush | |
| | 2:42 pm | | | Recess | |
| | 2:57 pm | | | Reconvene | |
| | | | | Continued direct of Sgt. Molina | |
| | 3:26 pm | | | Cross Examination | |
| | 3:27 pm | | | Witness Excused, Subject to Recall | |
| | | | | Ronnie Wagner will look into finding the file described by Sgt. McDonald during his testimony | |
| | 3:32 pm | | | Defendants have the two additional witnesses they would still like to call. Court only wants to have one more witness. Defendants chose to call Christopher Merendino. Court will set a date for the further evidentiary hearing. Court granted the defendants motion for all hearing transcripts to be produced. | |
| | 3:42 pm | | | Recess | |
| | | | | | |
| | | | | AUGUST 31, 2009 | |
| | | x | x | *c/r Raynee Mercado* | |
| | 7:48 am | | | Reconvene | |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | Spanish interpreter Maria Munoz was sworn in |   |
|   | 7:54 am |   | Defendants called witness **Agent Christopher Merendino**. Witness sworn-in. Direct by Ethan Balogh. |   |
| H |   | x | ICE Report by Alex Chan dated 7/29/08 |   |
|   | 8:27 am |   | Recess (interpreter equipment check) |   |
|   | 8:52 am |   | Reconvene |   |
|   |   |   | Continued direct of Agent Merendino |   |
| I |   | x | ICE Report re Probation Search dated 9/30/05 |   |
| J |   | x | SFPD Incident Report |   |
| K |   | x | ICE Report by Christopher Merendino dated 3/1/06 |   |
| L |   | x | Application/Affidavit for Search Warrant |   |
| M |   | x | Gang Task Force Interagency Request |   |
|   | 10:33 am |   | Recess |   |
|   | 10:52 am |   | Reconvene |   |
|   |   |   | Continued direct of Agent Merendino |   |
|   | 10:58 am |   | Court admonished Judith Sosa to be present during proceedings |   |
|   | 11:09 am |   | Court Examination |   |
|   | 11:10 am |   | Continued direct |   |
|   | 11:20 am |   | Defendant Guillermo Herrera addressed the Court regarding issue of the investigation of El Salvador, it's in their Brady motion. Court wants to stick to SFPD today and not go beyond to other agencies. |   |
|   | 11:32 am |   | Cross Examination |   |
|   |   |   | Parties argued the Government's Motion to Quash defendant Sosa's Subpoena. Motion is Granted. |   |
|   | 11:57 am |   | Court Examination of Agent Merendino |   |
|   | 11:58 am |   | Parties have no further questions |   |
|   | 11:59 am |   | Adjourned |   |