# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 13, 2009

Case No.:  CR 08-0730 WHA

Title:  UNITED STATES -v-

IVAN CERNA  (custody) - Counsel: Mark Goldrosen specially for Christopher Cannon
MARVIN CARCAMO (custody)(int.) - Counsel: Ellen Leonida
ANGEL NOEL GUEVARA (custody)(int.) - Counsel: Harris Tayback
MORRIS FLORES (custody) - Counsel: Mark Rosenbush
GUILLERMO HERRERA (custody)(int.) - Counsel: Martin Sabelli
JONATHAN CRUZ-RAMIREZ (custody)(int.) - Counsel: Susan Raffanti
WALTER CRUZ-ZAVALA (custody)(int.) - Counsel: Randy Sue Pollack
DANIEL PORTILLO (custody)(int.) - Counsel: Jeffry Glenn
ERICK LOPEZ (custody) - Counsel: Peter Goodman
WALTER CHINCHILLA-LINAR (custody)(int.) - Counsel: Ann Moorman
CESAR ALVARADO (custody)(int) - Counsel: Mark Goldrosen
DOUGLAS LARGAESPADA (custody) - Counsel: Kevin Morley specially for Erik Babock
WILBERT CASTILLO (custody) (int.) - Counsel: Frank Bell
MELVIN MALDONADO (custody)(int.) - Counsel: Brian Berson
MANUEL FRANCO (custody) - Counsel: Gerri Green
RODRIGO MOLINA (custody)(int.) - Counsel: Erin Crane
MAURICIO URIAS (custody) - Counsel: Brendan Conroy
JUDITH SOSA (present, out of custody) - Counsel: Ethan Balogh
JOHN LACSAMAN BRIEZ (custody) - Counsel: Martin Sabelli specially for John Runfola
ARISTIDES CARCAMO (custody)(int.) - Counsel: August Gugelmann for Shana Keating
RAFAEL MONTOYA (custody)(int.) - Counsel: August Gugelmann specially for Ed Swanson
RENE MONTES-MAYORGA (custody)(int.) - Counsel: George Boisseau
RODIL NOCHEZ (present, out of custody)(int.) - Counsel: Seth Chazin
DANIEL GONZALEZ (custody) - Counsel: Nina Wilder
LUIS HERRERA (custody) (int) - Counsel: James Thomson
DANILO VELASQUEZ (custody) (int) - Counsel: Warrington Parker

Counsel for Government: Wilson Leung

Spanish Interpreters: Victor Martinez; Nina Safdie

Deputy Clerk:  Dawn Toland                Court Reporter: Belle Ball

CR08-0730 WHA
Minute Order October 13, 2009
Page Two

## PROCEEDINGS

1)    Dft Alvarado's Motion to Compel - NOT HELD

2)    Status - HELD

Case continued to  **12/8/09 at 1:00 pm**   for Stage Three Motions

Time Excluded:   **Begins:     6/24/09**          **Ends:      12/8/09**

**ORDERED AFTER HEARING:**

In-custody defendants not be present due to an incident reported by the US Marshal Service. Court set a deadline for counsel to file briefs on the motion and trial schedule.  Court intends to extend the deadline for the Government to file the death penalty notice to include the five death eligible defendants.  Defendants are relieved from the October 30, 2009 filing deadline.  Time is excluded from today until 12/8/09.