JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758/7301
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. S3-08-CR-0730-WHA |
| ) | |
| v. ) | |
| ) | GOVERNMENT'S STATEMENT |
| ) | REGARDING EXPERT DECLARATIONS |
| IVAN CERNA, et al., ) | AND APPLICATION FOR EXTENSION |
| ) | |
| Defendants. ) | |
| ) | |

    The Government respectfully submits this Statement to advise the Court that it has obtained declarations from firearms experts Mark Proia and John Sanchez, as well as from fingerprint expert Joanne Del Bene, which have been filed with the Court. Regrettably, however, the Government has not heard from firearms expert G. Andrew Smith, who had previously testified extensively before the Court regarding firearms examination in United States v. Diaz, et al., 05-CR-167-WHA. The Government would respectfully ask the Court for

1 | additional time — until Wednesday, August 18, 2010 — to obtain a declaration from Mr. Smith.

3 | DATED: August 13, 2010             Respectfully submitted

4 | JOSEPH P. RUSSONIELLO
United States Attorney

6 | By:    /s/
W.S. Wilson Leung
Assistant United States Attorney

-2-