# CRIMINAL MINUTES

**Magistrate Judge James Larson**

**Date:** August 13, 2010

**Case No.: CR 08-0730 WHA   (JL)**

**Case Name: USA v. Cerna, et al.,**

**Counsel Present:**   **Plaintiff**: Wilson Leung, William Frentz

   **Defendant:**

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with Plaintiff only:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| \_\_\_X\_\_\_\_ | Did not settle |
|   | Further settlement conference ordered: _____ |

**Time:**   30 mins

**Comments:**

*Venice E. Thomas*
Venice E. Thomas,  Deputy Clerk