## DECLARATION OF E. M. SUAREZ, PH.D.

I, E. M. SUAREZ, Ph.D., hereby declare and state as follows:

I am the expert retained by the Government for the purposes of conducting a mental evaluation of Erick Lopez. I examined Mr. Lopez on February 25, 2011. During the evaluation, Mr. Lopez was asked a number of questions which he refused to answer. The following is a verbatim account of the questions that were asked by the undersigned, and Mr. Lopez's responses:

1. The undersigned asked Mr. Lopez if he knows who Philip Ng & Emad Joldic were and he acknowledged that those were the names of the two victims. Mr. Lopez reports that he did not think that they were gang members and his attorney informed him that they were not members of a gang. Mr. Lopez spontaneously added, "But my attorney told me not to talk about this. I can't talk - I told my attorney that I was not going to talk about things about my case." ("Pero mi abogado me dijo a mi que no hablara de esto. Yo no puedo hablar - yo le dije a mi abogado que no iba hablar de cosa de me caso.")

2. In the context of asking Mr. Lopez whether he had ever been in possession of a firearm ("To be clear, you never bought a gun, you never had a gun loaned by a gang member, you never carried a gun?"), Mr. Lopez stated, "I don't want to answer that." ("No quiero contestar eso.")

3. When asked, "What gang is MS-13's biggest rival/enemy?" Mr. Lopez replied, "I don't want to talk about that." ("No quiero ya hablar de eso.")

4. Mr. Lopez was asked, "When you were in MS-13, did you see other people with firearms?" and he responded, "I don't want to talk about that." ("No quiero hablar de eso.")

5. The undersigned asked Mr. Lopez if he had ever been aware of people in the gang collecting money for rent or for protection during the time that he was in the gang, and Mr. Lopez responded, "I don't want to talk about that." ("No quiero hablar de eso.")

6. The undersigned asked, "Were you aware of trafficking of narcotics or drugs or of marijuana in the gang? That the gang was selling or trafficking drugs?" and Mr. Lopez replied, "I don't want to talk about that either." ("Tampoco quiero hablar de eso yo.")

7. When asked if he ever tried to get out of the gang, Mr. Lopez stated, "I don't want to talk about that." ("No quiero hablar de eso.")

8. As detailed above, Mr. Lopez refused to respond to questions about the criminal activities in which he, as a member of the MS-13 gang, was involved. He also refused to discuss the details of his current criminal case, although he is aware of the alleged charges. Consequently, it is not possible to draw any conclusions or make any inferences regarding the effects that his psychosocial history had on his mental state and how that mental state relates to the gang-related criminal activities that led to his current charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __ day of April, 2011, in Coral Gables, Florida.

*[signature]*

E. M. SUAREZ, Ph.D.

4-7-11