DECLARATION OF E. M. SUAREZ, PH.D.

I, E. M. SUAREZ, Ph.D., hereby declare and state as follows:

I am the expert retained by the Government for the purposes of conducting a mental evaluation of Jonathan Cruz-Ramirez. I examined Mr. Cruz-Ramirez on February 22, 23, and 24, 2011. During the evaluation, Mr. Cruz-Ramirez was asked a number of questions which he refused to answer. The following is a verbatim account of the questions that were asked by the undersigned, and Mr. Cruz-Ramirez's responses:

1. In the context of having asked Mr. Cruz-Ramirez if he has had any disciplinary problems since his incarceration, he replied that he has had disciplinary problems, more so in his current placement (at Glenn E. Dyer Detention Facility). He noted that inmates are punished for a lot of small things, such as not wearing their identification bracelets. When asked if he has had "more serious, such as fighting with others" disciplinary actions, Mr. Cruz-Ramirez replied (smiling), "The truth is I don't like – I would not like to talk about that, but yes there have been problems." ("La verdad ya no gusta - ya no me gustaria hablar de eso, pues si han habido problemas.") When asked if, "In general, was it due to fights?" Mr. Cruz-Ramirez responded, "uh huh," while nodding his head affirmatively. When asked whether he did "not want to talk about this", or whether he was "told by his attorney it would be better not to say anything about this," Mr. Cruz-Ramirez answered, "No, it's – no, no, no, the truth – no, no, no, tomorrow I don't want anyone saying he said this or he said this or he said that when it wasn't like this – you understand me." ("No, es que no, no, no – la verdad no, no, no quiero que el dia de mañana digano dijo esto o digo el otro, cuando no es asi, me entiende?")

2. When asked, "What are you accused of, what do the police say you did?" ("De que te accusan, que es lo que dice la policia que hiciste?"), Mr. Cruz-Ramirez laughed and replied, "Like I said, I'm not going to", at which point the undersigned clarified that he was not being asked "what he did, but rather, if he knows what the police say he did." Mr. Cruz-Ramirez's response was, "Be it what they say or don't say, I respectfully would not - I do not want to talk about that – I would appreciate it greatly." ("Sea lo que ellos dicen o no digan, respetosamente no me gustaria – no quiero hablar de eso – se lo agradeceria mucho.")

3. When informed, "I know that part of what they're saying is that you're part of a gang, MS," Mr. Cruz-Ramirez began chuckling and stated, "I tell you we're going to the same thing." ("Le digo que vamos ir a lo mismos.") When asked, "Do you prefer not to talk about this?" he replied, "No" and added, "Respectfully." ("Respetuosamente.") When asked whether his decision was based on something "he has decided or because his lawyer has told him not to talk about that," Mr. Cruz-Ramirez answered, "In part, the majority I have decided because I don't want to jeopard-, I don't want to harm everything more than they already are." ("Por una parte, la mayoria yo lo e decidido porque - no quiero perjud-, no quiero dañar las cosas mas de lo que esta.")

4. When asked, "How many times have you been arrested prior to this time?" Mr. Cruz-Ramirez replied with the following:

> You know, I am not too sure discussing, truthfully, about this – you know, like I tell you, it is because I don't want – the truth – I will put it this way, I don't want to talk anything about what – the thing is many – there are people who can, in order to make some money, put one in jeopardy, you understand me? – Respectfully, no disrespect, but I don't want to."

> ("Fijese que no estoy muy seguro platicar, la verdad, de eso, fije, como le digo. Es que no quiero, la verdad – se lo voy a decir asi, no quiero hablar nada de lo que – por que la cosa esta de que mucha – hay personas de que pueden, por ganar un dinero, lo pueden perjudicar a uno. Me entiende? – Respetuosamente, no faltando el respeto, pero no quiero.")

5. When asked, "Have you driven cars in this country?" Mr. Cruz-Ramirez replied, "I would not like to, no, please, can you change the…", ("Ya no me gustaria - no, por favor, puede cambiar de…"), at which point the undersigned clarified by stating, "No, in general, not in any specific instance. Have you driven in this country?" In response, Mr. Cruz-Ramirez stated, "I don't want to answer that question." ("No me gustaria responder a esa pregunta.")

6. When asked, if he has had a cellular telephone, Mr. Cruz-Ramirez was hesitant in responding to the question, asking, "Where are we going with this?" ("A donde vamos a llegar?"). It was explained to the defendant that the question was simply to establish if he had ever had his own cellular telephone that he used, to which Mr. Cruz-Ramirez responded, "Yes I have had." ("Si, e tenido.") Mr. Cruz-Ramirez was asked if it was his cellular account or another

2

person's and he refused to answer, stating, "I'm not going to answer that, respectfully." ("No voy a responder eso, respetuosamente.") As the undersigned was taking notes, Mr. Cruz-Ramirez began to smile and laugh.

7. When asked, "Have you ever been deported from the United States?" Mr. Cruz-Ramirez replied, "I tell you, respectfully, questions like that – No, no I don't want to respond." ("Es que le digo, respetosamente, preguntas asi – No, no quiero responder.") Mr. Cruz-Ramirez then smiled and chuckled.

8. Due to Mr. Cruz-Ramirez's refusal to answer several of the undersigned's questions regarding functional capacities during the psychosocial interview, the undersigned spoke with Mr. Philipsborn, Mr. Cruz-Ramirez's attorney, and informed him of his refusal to answer various questions. Subsequently, Mr. Cruz-Ramirez met with Mr. Philipsborn on 2/23/11.

9. After Mr. Cruz-Ramirez was able to speak with his attorney, the undersigned revisited the questions that Mr. Cruz-Ramirez had originally refused to answer. Mr. Cruz-Ramirez stated he only wished to respond to questions regarding his "situation when coming to this country." ("...mi situación cuando, cuando vine a este país.")

10. In reference to Mr. Cruz-Ramirez's previous refusal to provide information regarding his having driven an automobile in the United States, Mr. Cruz-Ramirez stated, "It's that, how would you say, there, there, it's that there, you are, how would you say, you are passing to, you are, you are, you are not psychologically assessing me, but rather you are asking other questions that..." ("Es que, como se llama, ya, ya, es que ahi, ya usted me, como se llama, se esta pasando a, se esta, se esta, no me esta revisando psicológicamente, si no que me estas siendo otras preguntas que..."). The undersigned explained that the question does have to do with the assessment of his psychological capacities in that it assesses if he has the ability to drive and if he would be able to adapt to changes in this country. Mr. Cruz-Ramirez then responded, saying, "No, in no - I've never had a license in this country." ("No, en ningún, nunca e tenido licencia en este país.") The undersigned then asked, "Have you ever driven an automobile in this

3

country?" ("Has manejado un automóvil en este país?"), to which Mr. Cruz-Ramirez responded with the following:

> No, it's that, I'm telling you, you are asking other questions that are, that are, that are, (garbled) other questions, other questions, it's, what I can talk to you about, if you want, is of…
>
> ("No es que, le digo me estas haciendo otras preguntas de que ya es, de que, de que, (garbled) otras preguntas, otras preguntas, este, yo lo que yo le puedo hablar con usted si quiere es de...")

The undersigned then advised Mr. Cruz-Ramirez that if he does not want to respond to a question, he could simply state that he does not wish to do so. Mr. Cruz-Ramirez was then again asked if he had ever driven in this country, and he answered, "I don't want, I don't want to answer." ("No quiero, no quiero contestar.")

11. When asked if he had ever been deported, Mr. Cruz-Ramirez replied that he had been deported on one occasion in 2007, and had left the country voluntarily on another occasion. The undersigned then asked Mr. Cruz-Ramirez about the circumstances under which he came to be deported in 2007, to which he replied, while smiling, "I'm not going to touch - I'm not going to touch that topic either." (No voy a tocar - no voy a tocar ese tema tampoco). The undersigned then asked Mr. Cruz-Ramirez to clarify if he would respond to the question as to why he was deported, to which he responded, "No." With respect to the voluntary exit, he reports leaving the United States "during the same date" ("durante la misma fecha"). The undersigned further asked Mr. Cruz-Ramirez if it was the same year and he replied, "Approximately, yes, the same year, approximately around the same months." ("Aproximadamente, si el mismo año, aproximado, aproximadamente, alrededor de los mismo meses.") When asked where he went on that occasion, Mr. Cruz-Ramirez stated that he went to "Mexico." The undersigned then asked, "How long were you in Mexico?", and Mr. Cruz-Ramirez refused to answer the question, stating, "I'm not going to respond to that." ("No le voy a responder eso.") When asked who he visited in Mexico, Mr. Cruz-Ramirez stated, "I'm not going to tell you that." ("No le voy a decir eso (garbled).") After a pause, while the undersigned was taking notes, Mr. Cruz-Ramirez added, "Respectfully, I don't want to." ("Respetuosamente, no quiero.")

4

12. In reference to the question as to whether he has traveled to other states, outside of California, during the time he has been in the United States, Mr. Cruz-Ramirez stated, "I don't want to, I don't want to answer that." ("No quiero, no quiero contestar eso.")

13. When questioned whether he has ever carried a firearm, Mr. Cruz-Ramirez replied,

> You know that, respectfully, if, if you are going to continue asking questions like that, it's that I don't know, it's better, I don't know, what's it called, I can explain about my life, but, but…"

> ("Tu sabes que respetuosamente si, si me vas a seguir asiendo preguntas así, este no se, mejor, no se como se llama, yo le puedo explicar de mi vida pero, pero…")

The undersigned explained to Mr. Cruz-Ramirez that if he did not wish to respond to a question, he could state that he does not wish to answer that question. In turn, Mr. Cruz-Ramirez responded, "No, respectfully, no, I don't want you to get bothered, but I don't want to." ("No, este, respetuosamente, no, no quiero que se sienta molesto pero no quiero.")

14. As a follow-up to Mr. Cruz-Ramirez's previous refusal to disclose whether his cellular telephone account was under his name, when asked the same question again, he shook his head indicating that he did not want to respond to this question.

15. The undersigned asked Mr. Cruz-Ramirez if he previously had been psychologically evaluated by other psychologists and he responded, "Yes." When questioned if the evaluation was on behalf of his attorney, Mr. Cruz-Ramirez stated, "I don't want to answer that." ("No quiero contestar eso.")

16. When asked if he what he had been arrested for in the United States previous to the current arrest, Mr. Cruz-Ramirez asked the undersigned to be "more specific please." ("Puedes ser mas especifico por favor.") The undersigned asked, "How many times have you been arrested before, before this arrest?" Mr. Cruz-Ramirez replied, "No, I'm not going to answer that, no." ("No, no le voy a contestar eso, no.") Mr. Cruz-Ramirez was asked if he would answer the reasons why he had been arrested, and he responded by smiling, shaking his head, and saying, "Not that either." ("Tampoco.")

5

17. When revisiting the question regarding whether he knows his charges, Mr. Cruz-Ramirez again refused to discuss this topic, stating, "I don't want to talk about that." ("No quiero hablar de eso.")

18. The undersigned asked Mr. Cruz-Ramirez if he was willing to answer questions regarding his association with the MS-13 gang and he responded, "I don't want to answer that, please." ("No quiero contestar eso, por favor.")

19. When asked about disciplinary actions he has had while incarcerated, Mr. Cruz-Ramirez stated, "I don't want to talk about that." ("No quiero hablar de eso.")

20. Mr. Cruz-Ramirez was asked whether he has been given another name by his friends and he stated, "I don't want to respond to that." ("No quiero responder eso.")

21. When asked, "How did you come to be involved in the problem, how did you come to be involved in this situation?", Mr. Cruz-Ramirez indicated that he did not understand the question by asking, "Like, like?" ("Como, como?") The undersigned clarified by stating, "How did you come to the legal situation you are in, where you are being accused of murder, conspiracy, what were the circumstances in which you came to be in this, mentally, what happened?" ("Como caístes en esta situación legal que estas acusado de asesinato, de conspiración, que fue la circunstancias que llegaste a caer en esto, mentalmente que paso?") Mr. Cruz-Ramirez responded with, "I didn't, I didn't like what you put in that question." ("No me, no me gusto lo que le puso a la pregunta.") The undersigned asked what part he did not like and Mr. Cruz-Ramirez stated, "I didn't like the details you put in the question. I can tell you that I did have problems." ("No me gusto los detalles que le puso a la pregunta. Le puedo decir de que si tuve problemas.") The undersigned asked Mr. Cruz-Ramirez to repeat what he had said so as to be able to take notes and he stated, "The details that you put in the first quest-, the first question that you asked me, I thought I understood you but then you put other things that I did not like." ("Los detalles que le puso a la primer pregun-, la primera pregunta que me hizo, me pareció entenderle pero ya luego le puso otras cosa usted que ya no me gustaron.") The undersigned clarified his question to Mr. Cruz-Ramirez, in the following manner:

6

1       I would like to know, mentally, what were the factors or circumstances of the problems that you may have had that led you to fall into this problem where you
2       are today, where you are in jail, accused of crimes. Ok? What happened in your life, mentally, that led you to fall in this?

3

4       (Quiero saber, mentalmente, que fueron los factores o las circunstancias en los problemas que tal vez tenias que llegaste a caer en este problema en donde estas aquí hoy día, estas en la cárcel acusado de unos crímenes. Ok? Que paso en tu
5       vida mentalmente, que llegaste a caer a esto?)

6 In response to this question, Mr. Cruz-Ramirez replied as follows:

7       It's that, you are con-, you are con - you are confusing, are confusing, you are, I can explain about what, what, what it was that pushed me to the street, but, but,
8       you are asking me very direct questions of other things, that in reality I do not want to discuss. I can explain my situation that no, that it was very difficult for
9       me to come to this country and not to come here to no, not know anyone, without having friends. But I am not giving you, this, like a response to the question you
10      asked me, but rather I'm only responding to the first part, how it was that it affected me being an illegal person, come, having come to this country since I
11      was young, em, the only things are being young and without many, without many opportunities apart from not knowing anyone, I didn't have any friends, its...

12

13      (Es que, usted esta con-, usted esta con-, usted esta confundiendo, esta confundiendo, me esta, le puedo explicar de que, que, que fue lo que me empujo a
14      la calle, pero, pero, usted me esta haciendo preguntas ya muy directasmentes de otras cosas, de que en realidad ya no quiero hablar. Le puedo explicar de mi
15      situación de que no, de que fue muy dificil para mi venir a este país y sin venir a aquí a ningún, a conocer a nadie, este, no sin tener amigos. Pero no le estoy dando
16      esto como respuesta de la pregunta que usted me hizo si no que na' mas le estoy respondiendo de la primera parte como fue que me afecto a mi ver sido una
17      persona ilegal, venir, ver venido de que estaba pequeño a este país, em, lo único que esta pequeño y sin muchas, sin muchas oportunidades aparte que no conocia a nadie no tenia amistades, este.)

18

19 The undersigned explained to Mr. Cruz-Ramirez that although the information that he was

20 providing speak to his having had a difficult life when coming to the United States, they do not

21 speak to what transpired to get him to where he is today, incarcerated. Mr. Cruz-Ramirez then

22 responded with the following:

23

24      That's why, I can explain the factors, but, but, of, of, I'm not going to talk, sincerely, respectfully, I'm not going to talk ab-, I'm not going to talk about what I know sincerely that you all, to, to, to damage one, you all are looking for
25      anything to harm one, you know, sincerely, this, I can speak of, of my problem, but if you don't want, if you don't want to hear it there's no problem, this, I've
26      tried, I am trying to explain to you what my situation was but when you ask me a question, you are doing so with many, with other factors that in reality they, I
27      don't want to talk about that and I don't want you to go and use my response like a response to all the factors you asked in that question.

28

7

> (Por eso, eso yo le puedo explicar mis factores pero, pero, de, de, no le voy hablar, sinceramente, respetuosamente no le voy hablar al-, no le voy hablar algo que yo se que sinceramente que ustedes por, por, por dañarlo a uno, por cualquier cosa andan buscando como perjudicarlo a uno sabe que, sinceramente, este, yo le puedo hablar de, de mi problema pero si no quiere, no quiere escucharlo no hay problema, este, e tratado, te estoy tratando de explicarle cual fue mi situación pero cuando usted me hace una pregunta me la esta haciendo con muchos, con otros factores de que en realidad me entend-, no quiero hablar acerca de eso y no quiero que usted valle a usar mi respuesta como una respuesta a todo los factores que usted me, me hizo en esa pregunta.)

22. Mr. Cruz-Ramirez reports that at the age of 15 he first became involved with "gangs", when queried as to which gang, he stated, "Central Side." ("Centro Side.") Mr. Cruz-Ramirez then noted that the gang disbanded. When asked, "Did you end up in another gang?", he answered, "There, I don't want to touch that, but…" ("Ya, allí, no quiero tocar, este, pero…")

23. In the context of Mr. Cruz-Ramirez explaining how he came to be involved in his current situation, he stated that he was recruited to another gang by Jose Claros (a.k.a. "El Zorro" and "Bad Boy") and Jaime Martinez (a.k.a. "Mickey"). When the undersigned asked if the gang he was recruited into was MS-13, he replied, "I'm not going to respond to that." ("No, no le voy a responder a eso.")

24. When asked if he was nicknamed "Soldier" (El Soldado), Mr. Cruz-Ramirez responded, "I don't want to answer that, respectfully, doctor." ("No quiero contestarle a eso, respetuosamente, doctor.")

25. The undersigned asked if, "Did they (Jaime Martinez and Jose Claros) ever ask you to kill anyone?", to which Mr. Cruz-Ramirez replied with the following:

> Well, well one, well both were leaders – both were leaders, and I don't know, the truth is that I'm not going to touch – I'm not going to, I'm not going to say that what, that what they asked me to do or whatever, but they were leaders of the gang.
>
> (Pues, pues uno, pues los dos eran lideres, los dos eran lideres, y yo no se, la verdad no le voy a tocar, no le voy a, no le voy a decir que lo, que lo que ellos me pedían hacer o lo que sea, pero ellos eran lideres de pandilla.)

8

26. The undersigned asked, "In what gang were they (Jaime Martinez and Jose Claros) leaders - were they in MS?", to which Mr. Cruz-Ramirez replied, "I don't want to, I'm not going to respond." ("No, no le quiero, no le voy a responder.")

27. Mr. Cruz-Ramirez was asked if he knows who Juan Rodriguez is and he stated, "I don't want to respond to that." ("No quiero responder a eso.")

28. Mr. Cruz-Ramirez was asked if he knows who Armando Estrada is and he stated, "I don't want to respond to that either, respectfully." ("No quiero responder eso tampoco, respetuosamente.")

29. The undersigned asked Mr. Cruz-Ramirez if the aforementioned leaders of the gang have continued to influence him and/or threaten him while he has been incarcerated, and he stated, "The truth is, I don't want to talk about that - respectfully, I tell you." ("La verdad ya no quiero hablar de eso - respetuosamente le digo.")

30. Mr. Cruz-Ramirez stated that he had gone to his probation officer to inform them that threats to his life had been made by Jose Claros and Jaime Martinez if he did not do what was asked of him, but when the undersigned questioned Mr. Cruz-Ramirez as to what year he had been on probation, he stated, "I don't, I don't want to respond to that." ("No le, no le quiero responder a eso.")

31. When the undersigned asked Mr. Cruz-Ramirez if he was aware that what he was asked to do by the aforementioned individuals was "wrong, a crime or illegal", and he replied, "You know what, sincerely, I don't know the answer, I don't want to answer. I am not sure of the answer, respectfully." ("Tu sabes que, sinceramente, no se la respuesta, no le quiero contestar. No me siento seguro de la respuesta, respetuosamente."

32. The undersigned asked, "Have you ever told those two individuals (Jaime Martinez and Jose Claros), that you have done those things, crimes?", and Mr. Cruz-Ramirez responded, "I don't want to talk about that, please." ("No quiero hablar de eso, por favor.")

9

33. When asked if he had to undergo an initiation of some sort in order to join the group, Mr. Cruz-Ramirez replied, "I don't want to discuss anything about that." ("No quiero platicar nada de eso.")

34. Mr. Cruz-Ramirez reported that in 2005, Jose Claros and Jaime Martinez began threatening him. When asked if either of the two men had "physically assaulted him" after the threats started, Mr. Cruz-Ramirez refused to answer, saying, "Nnnn, I don't want, I don't want to talk about that." ("Nnnn, no quiero, no quiero hablar de eso.")

35. The undersigned asked Mr. Cruz-Ramirez if he knows who Zavala is and he stated, "I don't want to talk, sincerely, about that." ("No quiero hablar, sinceramente, de eso.")

36. The undersigned asked if Mr. Cruz-Ramirez wanted to discuss what was going on in his mind, during the time he reports he was influenced by the aforementioned individuals, that brought him to be involved in the crimes he is currently being accused of, and he stated, "No, I've never touched details like that, what I'm saying is, respectfully, I don't want to talk about that." ("No, no nunca le he tocado detalles tan así, luego lo que le estoy diciendo de que, respetuosamente no quiero hablar de eso.")

37. Mr. Cruz-Ramirez asked the undersigned to clarify his last question, and when the question was rephrased ("...how you came to be influenced to become involved" in his current legal predicament), Mr. Cruz-Ramirez stated, "I don't want, I don't want, respectfully, I don't want to talk about that. And thank you for being more detailed, more specific." ("No quiero, no quiero, respetuosamente, no quiero hablar de eso. Y gracias por ser mas detallista, mas especifico.")

38. As set forth above, Mr. Cruz-Ramirez refused to respond to questions about his MS-13 gang involvement and the criminal activities in which he was involved while in the MS-13 gang. Consequently, it is not possible to draw any conclusions or make any inferences regarding the effects that his psychosocial history had on his mental state and how that mental state relates to the gang-related criminal activities that led to his current charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2011, in Coral Gables, Florida.

E.M. SUAREZ, Ph.D.

4-7-11

11