BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 08-CR-0730-WHA |
| v. | |
| ABRAHAM MARTINEZ, | **STIPULATION AND [PROPOSED] ORDER** |
| Defendant. | |

The Government and the defendant respectfully submit this Stipulation and Proposed Order to request that the appearance scheduled for January 19, 2016 be continued three weeks, until February 9, 2016. The parties hereby stipulate and agree to the following:

1. Defendant Abraham Martinez is charged with violating the terms of his supervised release.

2. Whether and how the supervised release allegations are resolved depend in part on whether new criminal charges are filed against the defendant based on the same underlying conduct. Accordingly, the parties respectfully seek a three-week continuance of their January 19, 2016 appearance, until February 9, 2016, so that they may develop additional information on whether new criminal charges against the defendant will be pursued.

//

1  SO STIPULATED.

2  DATED: January 15, 2016                    BRIAN J. STRETCH
                                              Acting United States Attorney
3
                                        By:   _____/s/_____
4                                             W.S. WILSON LEUNG
                                              ANDREW M. SCOBLE
5                                             Assistant United States Attorney

6

7  DATED: January 15, 2016                    _____/s/_____
                                              SUSANNE LUBAN, ESQ.
8                                             Counsel for defendant Abraham Martinez

9  SO ORDERED.

10 DATED: January  15 , 2016                  _____
11                                            HON. WILLIAM ALSUP
                                              United States District Judge