BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | 08-CR-0730-WHA |
|---|---|---|
| v. | ) | |
| ABRAHAM MARTINEZ, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| Defendant. | ) | |

    The Government and the defendant respectfully submit this Stipulation and Proposed Order to request that the appearance scheduled for February 9, 2016 be continued a further three weeks, until March 1, 2016. The parties hereby stipulate and agree to the following:

1. Defendant Abraham Martinez is charged with violating the terms of his supervised release. The allegations include conduct that could constitute new crimes.

2. Whether and how the supervised release allegations are resolved depend in part on whether new criminal charges – either local or federal – are filed against the defendant based on the same underlying conduct. At the parties' request, the Court had previously granted a continuance so that they might develop additional information on whether new criminal charges against the defendant will be pursued. This issue remains outstanding, however, so the parties respectfully request a further three-week continuance, until March 1, 2016, for this

same purpose.

SO STIPULATED.

DATED:  February 8, 2016

BRIAN J. STRETCH
Acting United States Attorney

By:  /s/
W.S. WILSON LEUNG
ANDREW M. SCOBLE
Assistant United States Attorney

DATED:  February 8, 2016

/s/
SUZANNE LUBAN, ESQ.
Counsel for defendant Abraham Martinez

SO ORDERED.

DATED: February  8 , 2016

HON. WILLIAM ALSUP
United States District Judge