SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone (650) 724-6345

Attorney for Defendant
ABRAHAM MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-730-WHA |
| | ) | |
| Plaintiff, | ) | MOTION TO BE RELIEVED AS |
| | ) | COUNSEL OF RECORD AND FOR |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | AND ~~PROPOSED~~ ORDER |
| ABRAHAM MARTINEZ, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | Judge: Hon. William H. Alsup |

      Suzanne A. Luban, appointed counsel for defendant Abraham Martinez, hereby moves this Court for an order relieving her and appointing as substitute counsel Shaffy Moeel, Attorney At Law, 214 Duboce Ave., San Francisco, CA 94103, Tel.: (415) 735-5021.  Ms. Moeel is a member of the Criminal Justice Act (CJA) Panel, and appeared for Mr. Martinez at his initial hearing before this Court on this supervised release violation matter.

      As the Court is aware, Ms. Luban represented Mr. Martinez in the lengthy criminal case underlying this supervised release matter.  When Mr. Martinez was brought to court in December

2015 on the violation petition, Ms. Luban agreed to accept the appointment, but did so with the understanding that she would not be able to accept the appointment for a new criminal case if a new indictment were brought. The reason then, and the reason for this motion now, is that Ms. Luban is employed full-time at Stanford Law School as a Lecturer and Clinical Supervising Attorney, co-teaching the Criminal Defense Clinic with Professor Ron Tyler. At the same time, she has been working on completion of a very lengthy (over 90 pages) appeal brief in a complex fraud case, the due date for which has been extended multiple times. Between the teaching, the daily commuting, and the appellate work, she has barely been home with her son, who will start college across the country in the fall.

     In January 2016, school was back in session, and Ms. Luban has been and continues to be responsible for teaching eight full-time clinic students and one part-time advanced student, who represent real clients on misdemeanor charges pending in the local courts. At present, Ms. Luban, Prof. Tyler and their nine students are preparing for three evidentiary hearings, two jury trials (one starting 2/22/16), and an oral argument in an appeal. During the two active quarters for the clinic, she commutes between the East Bay and Palo Alto most weekdays.

     Back in December, 2015, it seemed that a resolution was near on the question of whether the matter would be resolved on the SR violation petition only, or new charges would be brought. However, in the past two months, no decision has been made. Ms. Luban is unable to dedicate time and attention to the case due to her obligations at Stanford and to her appeal.

     Ms. Moeel is ready to accept the appointment. If this Court approves the substitution, Ms. Moeel, Ms. Luban and Mr. Martinez request this Court to issue ane order without requiring the parties to appear before the duty magistrate judge. Ms. Luban's obligations as stated above should constitute good cause to waive the court appearance for ID of counsel.

Mr. Martinez should have continuity of counsel in the event that a new criminal case is filed, and he should have counsel who is able to dedicate the requisite time to investigate and preparation in case that happens. Mr. Martinez has been made aware of this dilemma, and agrees to the proposed substitution. Ms. Luban is willing to remain available as a resource to assist in the transition. The defendant remains in custody on the supervised release violation charges.

                                                Respectfully submitted,

DATED:  February 10, 2016            /S/   *Suzanne A. Luban*
                                              SUZANNE A. LUBAN
                                              Attorney for Defendant ABRAHAM MARTINEZ

_____

Substitution Of Counsel Consented To By Defendant:

DATED: February 10, 2016           /S/    *Abraham Martinez [signed original]*
                                            ABRAHAM MARTINEZ, Defendant

Accepted By Proposed New Counsel:

DATED: February 10, 2016           /S/    *Shaffy Moeel*
                                              SHAFFY MOEEL, Attorney At Law

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-730-WHA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ABRAHAM MARTINEZ, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | Judge: Hon. William H. Alsup |

For good cause shown, the Court orders that Suzanne A. Luban is hereby relieved as counsel for defendant Abraham Martinez, and this Court hereby appoints Shaffy Moeel as counsel of record in her stead. The Identification of Counsel hearing is hereby waived, in light of good cause shown to waive all parties' appearance before the magistrate judge for this purpose. Mr. Martinez and his newly appointed counsel shall appear before this Court at the next scheduled hearing, on March 1, 2016 at 2:00 p.m. unless otherwise ordered.

IT IS SO ORDERED.

DATED: February 16, 2016

Hon. William H. Alsup
United States District Judge

4